McADAM vs. THE WEIKEL & SMITH SPICE COMPANY.

[WARNER, Chief Justice, being engaged in presiding over the senate organized as a court of impeachment, did not sit in this case.]

Where one party seeks to introduce secondary evidence of the contents of a letter sent to the other by mail, and has neither given notice to produce the original, nor inquired for it, calling attention to its date or its subject matter, the secondary evidence should be excluded, even though the other party resides beyond the limits of the state, and has answered interrogatories propounded by his own counsel requesting the production of all letters, generally, touching the cause of action, and has failed to produce or mention the particular one which the adversary wants, and sending forward others, testifying that they are all. Notice under sections 3508 and 3509 of the Code is the appropriate means of procuring the primary evidence, or of laying the foundation for secondary evidence.

BLECKLEY, Justice.